IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. LABRUYERE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-551 GPM |
| ) | |
| TBF, INC., d/b/a THE FALLS RECEPTION ) | |
| AND CONFERENCE CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**AMENDED SCHEDULING ORDER**

On April 24, 2009, the Court entered an Amended Scheduling Order in this action and granted Plaintiff's Motion to Modify the Scheduling Order and to Continue Trial Date (Doc. 28). In light of that order, the parties now request that the Court enter their Proposed Amended Scheduling and Discovery Order.

Having reviewed the Amended Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order. The Court's Order Regarding Discovery (Doc. 16) remains in effect.

**DATED: July 2, 2009**

                                                                        s/ *Donald G. Wilkerson*
                                                                        **DONALD G. WILKERSON**
                                                                        **United States Magistrate Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. LABRUYERE ) | |
| ) | CASE NO.: 08-CV-551-GPM-DGW |
| Plaintiff, ) | |
| ) | CJRA TRACK: B |
| vs. ) | |
| ) | JUDGE: G. PATRICK MURPHY |
| TBF, INC., d/b/a The Falls Reception & ) | |
| Conference Center et al., ) | |
| ) | |
| Defendant. ) | |

## PROPOSED AMENDED SCHEDULING AND DISCOVERY ORDER

In light of the Court's granting of the plaintiff's Motion to Modify Scheduling Order and to Continue Trial Date (Doc. 27), the parties, through their attorneys, have conferred regarding amendment of the dates set forth in the previous Joint Report of Parties and Propose Scheduling and Discovery Order (Doc. 11), and have agreed as follows:

1. Third Party actions must be commenced by **July 10, 2009**.

    Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

2. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff's expert(s):       **July 24, 2009**.

    Defendant's expert(s):    **August 31, 2009**.

    Third Party expert(s):     **August 31, 2009**.

3. Depositions of expert witnesses must be taken by **agreement of the parties before trial.**

4. **Discovery** shall be completed by **September 8, 2009** (which date shall be no later than one hundred fifteen (115) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date. **The parties may complete depositions of expert witnesses after the discovery cut-off date.**

5. All **dispositive motions** shall be filed by **September 23, 2009** (which date shall be no later than one hundred (100) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

DATED**: June 25, 2009**

          HEPLERBROOM LLC

          By: s/ Michael Patrick Murphy
          Michael Reda, #06l84782
          Michael Patrick Murphy, #06284342
          P.O.B. 510, Two Mark Twain Plaza
          103 West Vandalia St., Suite 300
          Edwardsville, IL 62025
          Tele: 618 656 0184 / Fax: 618 656 1364
          Attorneys for Defendant T B F, Inc.

          REED, ARMSTRONG, GORMAN,
          MUDGE & MORRISON, P.C.

          By: s/ Michael J. Bedesky (w/ consent)
          Michael J. Bedesky, #06206551
          115 N. Buchanan

P.O. Box 368
Edwardsville, IL 62025
Tele: 618 656 0257 / Fax: 618 692 4416
Attorneys for Plaintiff


LAW OFFICES OF ROBERT J. HAYES

By: <u>s/ Mark R. Osland (w/consent)</u>
Mark R. Osland, #06180590
940 West Port Plaza, Suite 208
St. Louis, MO 63146-3118
Tele: (314) 579-8925 / Fax: (314) 579-8394
Attorneys for Defendant Royal Gate Dodge Chrysler Jeep