IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. LABRUYERE and ANNETTE LABRUYERE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 08-551-GPM ) ) |
| TBF, INC., and ROYAL GATE DODGE CHRYSLER JEEP, | ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: August 17, 2010

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
            Deputy Clerk


APPROVED:  s/G. Patrick Murphy
                    G. Patrick Murphy
                    United States District Judge